UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  SACV 12-407-JST (ANx)                                          Date:  March 21, 2012
Title:  Consultants Group Commercial Funding Corp., etc. v. Multi-Chem Group, LLC, et. al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

| Nancy Boehme | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

  Not Present                                                         Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE REMANDED FOR LACK OF SUBJECT MATTER JURISDICTION**

      This action was removed to federal court on March 14, 2012.  However, it appears that removal may be improper because the Court may lack subject matter jurisdiction.  Removal is on the basis of diversity jurisdiction pursuant to 28 U.S.C. § 1332. However, a limited liability company is joined as a party.  The Court must consider the citizenship of each of the members.  *See generally Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894 (9th Cir. 2006) (limited liability company).  The citizenship of each of the entity's members has not been sufficiently alleged.

      Accordingly, the Court orders Defendants to show cause in writing no later than April 3, 2012, why this action should not be remanded for the reasons noted above.  Failure of Defendants to respond by the above date will result in the Court remanding this action to state court.

                                            Initials of Preparer:  nkb